United States Bankruptcy Court
Eastern District of Pennsylvania

Stephen J. Scherf, SBA Plan Trust Admini,
    Plaintiff

Adv. Proc. No. 24-00044-amc

1st Black Hawk, LLC,
    Defendant

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 25, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 27, 2024:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: ustpregion03.ph.ecf@usdoj.gov | Sep 26 2024 00:15:00 | United States Trustee, Office of United States Trustee, Robert N.C. Nix Federal Building, 900 Market Street, Suite 320, Philadelphia, PA 19107-4202 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 27, 2024    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 25, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DAVID ALEXANDER BARNES | on behalf of Plaintiff Stephen J. Scherf  SBA Plan Trust Administrator of SBA Plan Trust alexander.barnes@obermayer.com |
| EDMOND M. GEORGE | on behalf of Plaintiff Stephen J. Scherf  SBA Plan Trust Administrator of SBA Plan Trust edmond.george@obermayer.com, michael.vagnoni@obermayer.com;Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com;kathleen.jordan@obermayer.com |
| MICHAEL D. VAGNONI | on behalf of Plaintiff Stephen J. Scherf  SBA Plan Trust Administrator of SBA Plan Trust michael.vagnoni@obermayer.com, Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com;kathleen.jordan@obermayer.com |

District/off: 0313-2     User: admin     Page 2 of 2
Date Rcvd: Sep 25, 2024     Form ID: pdf900     Total Noticed: 1
TOTAL: 3

B2650 (Form 2650) (12/15)

# United States Bankruptcy Court

__Eastern__ District of __Pennsylvania__

In re __Scungio Borst & Associates, LLC__,
             Debtor

Case No. __22-10609 (AMC)__

Stephen J. Scherf, SBA Plan Trust Administrator of SBA Plan Trust,
             Plaintiff

Chapter __11__

v.

__1st Black Hawk, LLC__,
             Defendant

Adv. Proc. No. __24-00044 (AMC)__

## CERTIFICATION OF JUDGMENT FOR REGISTRATION IN ANOTHER DISTRICT

I, clerk of the United States Bankruptcy Court, do certify that the attached judgment is a true and correct copy of the original judgment entered in this proceeding on __August 21, 2024__ as it appears in the records of this court, and that:
                                                                                              (date)

[X] No notice of appeal from this judgment has been filed, and no motion of the kind set forth in Federal Rule of Civil Procedure 60, as made applicable by Federal Rule of Bankruptcy Procedure 9024, has been filed.

[ ] No notice of appeal from this judgment has been filed, and any motions of the kind set forth in Federal Rule of Civil Procedure 60, as made applicable by Federal Rule of Bankruptcy Procedure 9024, have been disposed of, the latest order disposing of such a motion having been entered on _____.
            (date)

[ ] An appeal was taken from this judgment, and the judgment was affirmed by mandate of the _____ issued on _____.
   (name of court)                         (date)

[ ] An appeal was taken from this judgment, and the appeal was dismissed by order entered on _____.
     (date)

__9-27-2024__
Date

By: __Marie Kalnitti__
Clerk of the Bankruptcy Court
Deputy Clerk

*Form PL262* (12/23)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Scungio Borst and Associates LLC<br>   Debtor(s) | Case No. 22–10609–amc<br>Chapter 11 |
| Stephen J. Scherf, SBA Plan Trust Administrator of<br>SBA Plan Trust<br>   Plaintiff | Adversary No. 24–00044–amc |
| v. | |
| 1st Black Hawk, LLC<br>Defendant | |

## DEFAULT JUDGMENT

Before Judge Ashely M. Chan

   AND NOW, in accordance with Request for Entry of Default Judgment, Affidavit and Certificate of Service it is

   ORDERED that judgment by default be and the same is hereby entered in favor of Plaintiff, Stephen J. Scherf, SBA Plan Trust Administrator of SBA Plan Trust, and against 1st Black Hawk, LLC ( the "Defendant") in the sum of $161,432.07 (consisting of $140,481.21 in avoidable transfers and $20,600.86 in compensatory damages, both as pled in the Complaint, plus filing fee costs of $350.00), and interest accruing at the judgment rate.

Date: August 21, 2024

FOR THE COURT

ATTEST:

Timothy B. McGrath
Clerk of Court

B1310 (Form 1310) (12/15)

# United States Bankruptcy Court

__Eastern__ District Of __Pennsylvania__

In re: Scungio Borst & Associates, LLC

Case No. __22-10609 (AMC)__

Debtor

Stephen J. Scherf, SBA Plan Trust Administrator of SBA Plan Trust,

Adversary No. 24-00044 (AMC)

Plaintiff,

v.

1st Black Hawk, LLC,

Defendant.

## EXEMPLIFICATION CERTIFICATE

I, __Timothy McGrath__, clerk of the bankruptcy court for this district and keeper of the records and seal of the court, certify that the documents attached are true copies of

Clerk's Entry of Default Judgment Against Defendant 1st Black Hawk, LLC in the amount of $161,432.07

now remaining among the records of the court. In testimony of this statement, I sign my name, and affix the seal of this court at __Philadelphia__, in the State of __Pennsylvania__, this __18th__ day of __September 2024__.

[Seal of Court]

_____
Clerk of the Bankruptcy Court

---

I, __Ashely Chan__, bankruptcy judge for this district certify that __Timothy McGrath__ is and was at the date of the above certificate clerk of the bankruptcy court for this district, duly appointed and sworn, and keeper of the records and seal of the court, and that the above certificate of the clerk and the clerk's attestation are in due form of law.

__9/18/24__
Date

_____
Bankruptcy Judge

---

I, __Timothy McGrath__, clerk of the bankruptcy court for this district and keeper of the seal of the court, certify that the Honorable __Ashely Chan__ is and was on the date of the above certificate a judge of this court, duly appointed and sworn; and that I am well acquainted with this handwriting and official signature and know and certify the signature written above to be that of the judge.
  In testimony of this statement, I sign my name, and affix the seal of the court at __Philadelphia__, in the State of __Pennsylvania__, this __19th__ day of __September 2024__.

[Seal of Court]

_____
Clerk of the Bankruptcy Court

Generated: Sep 20, 2024 12:32PM  Page 1/1



# U.S. Bankruptcy Court

## Pennsylvania Eastern Bankruptcy - Philadelphia

Receipt Date: Sep 20, 2024 12:32PM

Obermayer Rebmann Maxwell & Hippell LLp
Centre Square 34th Floor
1500 Market Street
Philadelphia , PA 19102

Rcpt. No: 20000789   Trans. Date: Sep 20, 2024 12:32PM   Cashier ID: #YR

| CD | Transaction | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| ANN | Ancillary Procee | 24-00044-amc | 1 | 52.00 | 52.00 |

| CD | Tender | | | Amt |
|---|---|---|---|---|
| CH | CHECK | #25593 | 09/19/2024 | $52.00 |
| | | | Total Due Prior to Payment: | $52.00 |
| | | | Total Tendered: | $52.00 |
| | | | Total Cash Received: | $0.00 |
| | | | Cash Change Amount: | $0.00 |

**Judge:** amc **Case:** 24-00044-amc

**Debtor:** Stephen J. Scherf, SBA Plan Trust Administrator of v. 1st Black Hawk, LLC

**341 Meeting:** Date Not Available

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.



# U.S. Bankruptcy Court

## Pennsylvania Eastern Bankruptcy - Philadelphia

Receipt Date: Sep 16, 2024 3:15PM

Obermayer Rebmann Maxwell & Hippell LLP
Centre Square 34th Floor
1500 Market Street
Philadelphia , Pa 19102

| Rcpt. No: 20000769 | | Trans. Date: Sep 16, 2024 3:15PM | | | Cashier ID: #DR |
|---|---|---|---|---|---|
| CD | Transaction | Case/Party/Defendant | Qty | Price | Amt |
| EX | Exemplification | 24-00044-amc | 1 | 24.00 | 24.00 |
| CE | Certification $1 | | 1 | 12.00 | 12.00 |

| CD | Tender | | | | Amt |
|---|---|---|---|---|---|
| CH | CHECK | #25550 | 09/16/2024 | | $36.00 |
| | | | Total Due Prior to Payment: | | $36.00 |
| | | | Total Tendered: | | $36.00 |
| | | | Total Cash Received: | | $0.00 |
| | | | Cash Change Amount: | | $0.00 |

**Judge**: amc **Case**: 24-00044-amc

**Debtor**: Stephen J. Scherf, SBA Plan Trust Administrator of v. 1st Black Hawk, LLC

**341 Meeting**: Date Not Available

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.